ATTACHMENT A1

06-CR-1771                            JEFFERSON CIRCUIT COURT
                                            DIVISION FIVE (5)
                                            JUDGE MARY M. SHAW

COMMONWEALTH OF KENTUCKY                      PLAINTIFF

V.           **PLEA OF GUILTY, JUDGMENT OF CONVICTION**
                **AND SENTENCE WAIVING PSI**

**DARRYL GORDON GRIGSBY**                            DEFENDANT
XXX-XX-8722
12/13/1980

\* \* \* \* \* \* \* \* \* \* \*

Representing the Commonwealth:                     Tom Van De Rostyne

Representing the Defendant:                       Mike Ferrarraccio/Mike Lemke

At a court held: October 5, 2007

Video Tape No: 30-5-2007-VCR-060 A & B

       The Defendant, having appeared in open Court with his attorneys, by agreement with the Commonwealth Attorney, withdrew his plea of not guilty and entered a plea of guilty pursuant to **Alford vs. North Carolina**:

**Murder (Capital)**

**Arson III**

**Tampering With Physical Evidence (2 counts)**

**Persistent Felony Offender II**

and the Court having found the plea to be voluntary, and having accepted the plea; and,

       The Defendant having knowingly waived a Pre-Sentence Investigation Report, and the defendant not asking for probation or shock probation; and,

       The court giving due consideration to the nature and circumstances of the crimes, the court inquired of the defendant whether he had any legal cause to show

ATTACHMENT A2

why judgment should not be pronounced, and afforded the defendant and his counsel the opportunity to make statements in the defendant's behalf, and to present any information in mitigation of punishment.

The Court finds that:

1) There is a substantial risk that the defendant will commit another crime during any period of probation or conditional discharge.

2) The defendant is in the need of correctional treatment that can be provided most effectively by the defendants commitment to a correctional institute.

3) Probation or conditional discharge would unduly depreciate the seriousness of the defendants crime.

No sufficient cause having been shown why judgment should not be pronounced, IT IS HEREBY ORDERED AND ADJUDGED by the court that the defendant is guilty of the offense admitted and is sentenced as follows:

| Offense | Sentence |
|---|---|
| **Murder (Capital)** | **Confinement in the penitentiary for Life without the benefit of Probation or parole until he has served a minimum of 20 years of his sentence** |
| **Arson III** | **Five (5) Years** |
| **Tampering With Physical Evidence (2 counts)** | **Five (5) Years On Each Count** |
| **Persistent Felony Offender II** | **Used to Enhanced** |
| **Robbery I** | **Dismissed** |
| **Abuse of a Corpse** | **Dismissed** |

ALL SENTENCES TO RUN CONCURRENTLY WITH ONE ANOTHER FOR A TOTAL SENTENCE OF LIFE WITHOUT THE POSSIBLITY OF PAROLE FOR **TWENTY (20) YEARS TO SERVE.**

The Court **WAIVES** mandatory felony fine of $1000.00; **WAIVES** court costs of $125.00 and **WAIVES** the recoupment fee for the services of the Office of the Public Defender.

ATTACHMENT A3

It is further ORDERED AND ADJUDGED that the Defendant be remanded to the Jefferson County Jail, and that the Sheriff of Jefferson County shall deliver the Defendant to the Department of Corrections, at his earliest convenience, at such location within this state as the Department shall designate for the purpose of the Defendant serving the sentence imposed upon him hereunder.

The Defendant shall be entitled to credit for time spent in custody prior to sentencing, said time to be calculated by the Division of Probation and Parole. KRS 532.120.

ENTERED IN COURT
DAVID L NICHOLSON, CLERK
OCT 02 2007
BY _____
DEPUTY CLERK

_____
MARY M. SHAW, JUDGE
JEFFERSON CIRCUIT COURT

cc: Tom Van De Rostyne
Mike Ferrarraccio/Mike Lemke
Probation and Parole
Department of Corrections
Warden Assessment Center