**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

**DARRYL G. GRIGSBY**                                                    **PETITIONER**

**v.**                                              **CIVIL ACTION NO. 3:17-CV-463-CRS**

**DON BOTTOM**                                                          **RESPONDENT**

**ORDER**

Petitioner Darryl G. Grigsby, by counsel, filed a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254 and paid the $5.00 filing fee.

On preliminary review of the habeas petition pursuant to Rule 4 of the Rules Governing

Section 2254 Cases in the United States District Courts, **IT IS ORDERED** as follows:

(1)        The **Clerk of Court shall forward by certified mail, return receipt requested,**

one copy of the petition (DN 1) and this Order to Respondent and the Attorney General for the

Commonwealth of Kentucky.

(2)        Respondent shall file an answer herein within **40 days** from the date of entry of

this Order.  Pursuant to Rule 5 of the Rules Governing Section 2254 Cases in the United States

District Courts, "The answer must address the allegations in the petition.  In addition, it must

state whether any claim in the petition is barred by a failure to exhaust state remedies, a

procedural bar, non-retroactivity, or a statute of limitations."  Respondent also shall

*electronically* file[2] portions of the state-court record pertinent to the issues raised in the petition

and answer, including but not limited to exhibits, docket sheets, transcripts, and pleadings.

---

[2] *See* Joint General Order Numbers 05-03 & 06-01 (mandating that all pleadings or documents filed with the Court must be filed using the Electronic Case Filing System (ECF System)).  Exhibits that cannot be made available in electronic form, *e.g.*, a video or audio recording, may be filed conventionally.  See the ECF User Manual for the procedure for filing conventional exhibits.

(3)    Petitioner may file a reply no later than **21 days** following service of

Respondent's answer.

(4)    This matter is **referred to Magistrate Judge Colin H. Lindsay** pursuant to

28 U.S.C. § 636(b)(1)(A) & (B) for rulings on all non-dispositive motions; for appropriate

hearings, if necessary; and for findings of fact, conclusions, and recommendations on any

dispositive matter.

Date:  August 16, 2017

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:    Counsel for Petitioner
       Respondent
       Attorney General, Commonwealth of Kentucky, Office of Criminal Appeals, 1024 Capital Center Drive,
           Frankfort, KY 40601
       Magistrate Judge Lindsay
4411.005