## United States District Court
## Western District of Kentucky
## Louisville Division

Darryl G. Grigsby Petitioner

v. Case No. 3:17-cv-463-CRS-CHL
 Electronically Filed

Don Bottom, Warden
Northpoint Training Center Respondent

## Order

The Petitioner having filed a Petition for Writ of Habeas Corpus Under 28 U.S.C. §2254, the Respondent having filed an Answer in opposition, and the Court being otherwise sufficiently advised;

The Petition is hereby dismissed with prejudice.

Entered this _____ day of _____, _____.