United States District Court
Western District of Kentucky
Louisville Division

Darryl G. Grigsby                                                                                                 Petitioner

v.                                                                                                 Case No. 3:17-cv-463-CRS-CHL
                                                                                                 Electronically Filed

Don Bottom, Warden
Northpoint Training Center                                                                                                 Respondent

## Rule 5 Attachment Index

**Volume 1**

**Indictment through Direct Appeal**

Jefferson Circuit Court Indictment No. 06-CR-1771............................ 1–5

Notice of Aggravating Circumstances .................................................. 6–7

Notice of Mental Health Testimony and Expert Testimony
Relating to a Mental Disease or Defect ..................................................... 8

Motion for Reciprocal Discovery with Tendered Order....................... 9–11

Motion to Exclude Mental Health Testimony
and Expert Testimony Relating to a Mental Disease
or Defect with Tendered Order ......................................................... 12–14

Motion to Enter Guilty Plea............................................................... 15–16

Commonwealths' Offer on a Plea of Guilty....................................... 17–18


Plea of Guilty, Judgment of Conviction
and Sentence Waiving PSI ............................................................................. 19–21

Motion to Enter Judgment ............................................................................ 22–24

Order ..................................................................................................................... 25

Notice of Appeal ........................................................................................... 26–27

Brief for Appellant ....................................................................................... 28–46

Brief for Commonwealth ............................................................................. 47–62

Reply Brief for Appellant ............................................................................ 63–66

Kentucky Supreme Court Opinion Affirming .............................................. 67–77

**Volume 2**

**RCr 11.42 Motion to Vacate and Trial Court Litigation**

Motion to Vacate, Set Aside or Correct Judgement (sic)
and Sentence Pursuant to RCr 11.42 and RCr 10.26 ....................................... 78–81

Memorandum of Law in Support of Motion to Vacate,
Set Aside or Correct Judgement (sic) and Sentence
Pursuant to RCr 11.42 and RCr 10.26 ........................................................... 82–127

Submission Motion to Movant's *Pro Se*
Motion to Vacate Pursuant to RCr 11.42 ..................................................... 128–135

Motion for Default Judgment Pursuant to CR 55.01 & 55.04 ..... 136–139

Commonwealth's Response to Movant's Motion
to Vacate Pursuant to RCr 11.42 ................................................................ 140–145

Traverse to Commonwealth's Response to
Movant's Motion Pursuant to RCr 11.42 ....................................... 146–153

Opinion and Order (denying motion to vacate) ............................ 154–159

Motion for Amendment under CR 52.02 and Motion to
Alter, Amend, or Vacat (sic) a Judgment Under CR 59.05
(with handwritten order denying on first page) ........................... 160–168

Notice of Appeal ........................................................................... 169–170

## Volume 3

## Appeal to Court of Appeals of Kentucky from Trial Court's Order Denying Motion to Vacate

Brief for Appellant (filed by counsel) ............................................ 171–202

Brief for Commonwealth ............................................................... 203–220

Order (allowing Department of Public Advocacy to withdraw
as counsel and to allow appellant to file a *pro se* reply brief) .............. 221

Reply Brief for Appellant .............................................................. 222–241

Opinion Affirming .......................................................................... 242–252

Order Denying Discretionary Review ................................................. 253

## Volume 4

## Relevant Discovery Documents in State Court Record (1 of 2)

Louisville Metro Police Investigative Reports ............................... 254–288

Louisville Fire and Rescue Reports ............................................... 289–293

Richard Wright Interview Transcript ............................................ 294–297

Michael Longaker, II, Interview Transcript ................................. 298–303

**Volume 5**
**Relevant Discovery Documents in State Court Record (2 of 2)**

Nicole Hayes Interview Transcript ............................................. 304–323

Vanisha Burks Interview Transcript ........................................... 324–336

Photo Array with Completed Identification Forms ..................... 337–342

Durham's Mobile Phone Record Summary ................................. 343–346

Louisville Metro Police Evidence Reports ................................... 347–353

Autopsy Findings ........................................................................ 354–355

Forensic Examination Requests and Reports ............................. 356–363