UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DARRYL G. GRIGSBY, | ) |
| | ) |
| Petitioner, | ) Civil Action No. 3:17-CV-463-CHB-CHL |
| | ) |
| v. | ) |
| | ) **ORDER ADOPTING REPORT AND** |
| DON BOTTOM, Warden of Northpoint | ) **RECOMMENDATION** |
| Training Center, | ) |
| | ) |
| Respondent. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Magistrate Judge Lindsay's Report and Recommendation ("Recommendation") following the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 filed by Petitioner Darryl G. Grigsby ("Grigsby"). [R. 1; R. 3; R. 15]  Respondent Don Bottom ("Bottom") filed a Response in Opposition. [R. 10]

The Magistrate Judge entered his Recommendation on June 7, 2019. [R. 15]  The Recommendation advised the Parties that any objections must be filed within fourteen (14) days. *Id.* at p. 12.  The time to file objections has passed, and neither Party has filed any objections to the Recommendation nor sought an extension of time to do so. *See id.*; 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).  Therefore, the Parties have waived the right to object to the Recommendation. *Id.*

Generally, this Court must make a *de novo* determination of those portions of the Recommendation to which objections are made. 28 U.S.C. § 636(b)(1). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985).  Parties who fail to object to a Magistrate Judge's Recommended Disposition are also

barred from appealing the District Court's Order adopting that Recommended Disposition. *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949- 50 (6th Cir. 1981). Still, the Court has reviewed the petition, response, and the Recommendation. The Court agrees with the Recommendation and will adopt it in full.

Therefore, and with the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [**R. 15**] is **ADOPTED** as the Opinion of this Court.

2. Petitioner Darryl G. Grigsby Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 [**R. 1**] is **DENIED WITH PREJUDICE**. All dates and deadlines are hereby **VACATED** and this matter is **STRICKEN** from the Court's active docket.

July 9, 2019

*Claria Horn Boom*
Claria Boom, District Judge
United States District Court

cc: Chambers of Magistrate Judge Colin H. Lindsay
Counsel of record