To: United States District Court
    Clerk of the Court
    Gene Snyder U.S. Courthouse
    601 W. Broadway, Rm. 106
    Louisville, Kentucky 40202

FILED JS
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

19 JUL 29 PM 2:24

From: Darryl Grigsby #214497 Dorm 4
      Northpoint Training Center
      P.O. Box 479
      Burgin, Kentucky 40310

Date: July 24, 2019 @ 1:00PM.

Re: Not recieving Briefs/3:17-CV-463-CRS.

Dear Clerk:

    I'm sending you this letter in regards of the above stated case. My attorney is Maureen Sullivan. Through the past year I have been trying to recieve any and all briefs or any legal materials that I need so that I will be able to proceed further with my case. I have expressed deeply that these itens are needed and still I(haven't recieved anything. therefore I'm trying to make the Courts aware of the situation that I facing. Thank you for your time and patience.

                                  Respectfully Submitted,

                                  Darryl Grigsby

In Addition: I would like to know the status of my case. I would also would like to know the cost of the briefs as well.

DARRYL GRIGSBY #214497 Dorm 4
NORTHPOINT TRAINING CENTER
P.O. BOX 479
BURGIN, KENTUCKY 40310

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
GENE SNYDER U.S. COURTHOUSE
601 W. BROADWAY, RM. 106
LOUISVILLE, KENTUCKY 40202