UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DARRYL G. GRIGSBY
    *Petitioner,*

Electronically Filed

CASE NO: 3:17-cv-00463-CHB-CHL

VS.

DON BOTTOM, in his official capacity as
    Warden of Northpoint Training
    Center,
    *Respondent.*

## NOTICE OF APPEAL

Notice is hereby given that Darryl G. Grigsby, Petitioner in the above styled case, hereby appeals the Judgment imposed by the District Court on July 9, 2019, to the United States Court of Appeals for the Sixth Circuit.

Respectfully submitted,

/s/ Maureen Sullivan_____
MAUREEN SULLIVAN
Kentucky Home Life Building
239 South Fifth Street, Suite 1700
Louisville, Kentucky 40202
(502) 548-1699
sullivanappeals@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was sent via ECF this 8th day of August, 2019, which will send a notice of electronic filing to all counsel of record.

/s/ Maureen Sullivan_____
MAUREEN SULLIVAN