UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE, DIVISION
CIVIL ACTION NO. 3:17-CV-463-CHB

FILED JS
DISTRICT COURT CLERK
WESTERN DISTRICT OF KY

19 AUG 19 PM 1:02

DARRYL G. GRIGSBY                                                         PETITIONER

V.

DON BOTTOM, WARDEN
NORTHPOINT TRAINING CENTER                                                RESPONDENT

### MOTION TO REDOCKET/REOPEN CASE. TO ALLOW BELATED OBJECTIONS. TO STAY OR HOLD IN ABEYANCE

COMES NOW, the Petitioner, Darryl G. Grigsby, Pro Se, and hereny ask permission, for his case to be sent back placed back on the Court Docket. To allow Petitioner to file belated Objections. To Stay or Hold in abeyance his case tolling the time. In Petitioner's case, there are two exhuated claims and one claim the Majistrate Judge claims not exhausted pursuant to Petitioner's Habeas petition pursuant to 28 U.S.C. §2254.

Petitioner submits that his attorney failed to advise him and notify him of the objections prior to the Court dismissing the case. Counsel failed to submit objections, nor provided a copy of the Report and Recommendations, in order for Petitioner to file his own Objections, thus, the Court adopted the Recommendations, denying the petition, although it was a mixed Petition; two claims the Magistrate concluded two arguments "The undersigned finds that this claim is not procedurally defaulted.

Petitioner submits that the one argument that the Magistrate claims to be procedurally barred, is contexturally incorrect. This issue and other objections will be addressed.

Petitioner further ask that the Court hold his case in abeyance or Stay his case, or toll all times to allow Petitioner to exhaust all remedies available to him.

In the interest of justice, fairness and completeness, it is necessary for Petitioner to be allowed to enlarge the record, and to correct the report and recommendations by the Magistrate Judge, by allowing belated Objections, that will clear up the claim that is reportedly procedurally barred, which was not the argument but a add on or subargument, which can be either dropped or allowed to exhaust in the state court.

WHEREFORE, Petitioner prays that this Court will Reopen or Redocket the case, allow Petitioner permission to file belated objections, and for the court to Stay, Hold in Abeyance, and toll the running of time. The Petitioner ask for this and all other just and proper relief to which Petitioner appear to be entitled to under the law.

Respectfully Submitted,

Darryl G. Grigsby #214497
Northpoint Training Center
P.O. Box 479
Burgin, KY 40310

## NOTICE & CERTIFICATE OF SERVICE

Please take notice that the foregoing Motion to Redocket/ Reopen case, To allow Belated Objections. To Stay or Hold in Abeyance, was filed to the Clerk of the U.S. District Court in Louisville, on this 13th day of August, 2019; to be filed and heard at the Court's earliest time and convenience. I hereby certify that a true and accurte copy of the same was mailed postage prepaid by first class mail on this 13th day of August, 2019 to the following: Hon. James Harvey, Assistant Attorney General, Office of Criminal Appeals, 1024 Captial Center Drive, Frankfort, Kentucky 40601; Hon Don Bottom, Warden, NTC, P.O. Box 479, Burgin, Kentucky 40310.

Darryl G. Grigsby #214497
Petitioner, Pro Se
Northpoint Training Center
P.O. Box 479
Burgin, KY 40310