# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: August 23, 2019

Darryl G. Grigsby
Northpoint Training Center
P.O. Box 479
Burgin, KY 40310

Mr. James Havey
Office of the Attorney General
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601

        Re:  Case No. 19-5940, *Darryl Grigsby v. Brad Adams*
             Originating Case No. : 3:17-cv-00463

Dear Counsel and Mr. Havey,

  The Court issued the enclosed Order today in this case.

                                    Sincerely yours,

                                    s/Sharday S. Swain
                                    Case Manager
                                    Direct Dial No. 513-564-7027

cc:  Ms. Vanessa L. Armstrong

Enclosure

Case No. 19-5940

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

DARRYL G. GRIGSBY

    Petitioner - Appellant

v.

BRAD ADAMS, Warden

    Respondent - Appellee

This appeal being duplicative of Case No. 19-5893, it is hereby **DISMISSED**.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued:  August 23, 2019