UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DARRYL G. GRIGSBY, | ) |
| | ) |
|     Petitioner, | ) Civil Action No. 3:17-CV-463-CHB-CHL |
| | ) |
| v. | ) |
| | ) **ORDER DIRECTING A RESPONSE** |
| DON BOTTOM, Warden of Northpoint | ) **BY COUNSEL TO PETITIONER'S** |
| Training Center, | ) **MOTION TO REOPEN THE CASE** |
| | ) |
|     Respondent. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on Petitioner Darryl G. Grigsby's *pro se* Motion to Redocket/Reopen the Case To Allow Belated Objections [R. 25]. The Court previously referred Petitioner's Petition for Writ of Habeas Corpus to Magistrate Judge Lindsay for a Report and Recommendation. [R. 3] The Magistrate Judge issued a Report and Recommendation ("Recommendation") which recommended Grigsby's petition be denied. [R. 15] The Recommendation considered Petitioner's reply brief, filed by counsel Maureen Sullivan, despite the fact that it was over a year late. [R. 15 p. 2] The Recommendation gave the parties fourteen (14) days to file objections to the Recommendation, and none were filed. [R. 16 p. 1] On July 9, 2019, the Court issued an order adopting the Recommendation. [R. 17] Three weeks later, Petitioner Grigsby filed a letter *pro se* indicating that he had requested but had not received any of the filings in his case, including the briefs. [R. 17] On August 6, 2019, a week after Grigsby's letter, his counsel filed a Motion to Alter or Amend the Judgment. [R. 18] In this motion she did not address her failure to object to the Recommendation. She also appealed the Judgment to the Sixth Circuit. [R. 19] Finally, on August 19, 2019, Petitioner Grigsby filed two *pro se* Motions, one for leave to proceed *in forma pauperis*, and one to re-open the case. [R. 23; 25] There is no

- 2 -

indication that counsel Maureen Sullivan has withdrawn as counsel for Grigsby. In his Motion to Re-Open the Case, Petitioner Grigsby indicates that his counsel failed to notify him of the Recommendation, and that he could file objections to the Recommendation. [R. 25 p. 1] If counsel indeed failed to advise Petitioner of the Recommendation and then chose to not file any objections to the Recommendation, she would have effectively denied Petitioner any opportunity to object to a recommendation that his case be dismissed. Therefore, and with the Court being otherwise sufficiently advised,

    **IT IS HEREBY ORDERED** as follows:

    1.    Maureen Sullivan, counsel for Petitioner Grigsby, shall file a **RESPONSE** within **fourteen (14) days** to Petitioner's claims in his Motion to Re-Open the Case **[R. 25]**.

    This the 18 day of October, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Maureen Sullivan