UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DARRYL G. GRIGSBY, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 3:17-CV-463-CHB-CHL |
| ) | |
| v. ) | |
| ) | **SHOW CAUSE ORDER** |
| DON BOTTOM, Warden of Northpoint ) | |
| Training Center, ) | |
| ) | |
| Respondent. | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On October 18, 2019, the Court ordered Maureen Sullivan, counsel for Petitioner, to file a response to Petitioner's claims in his Motion to Re-Open the Case [R. 25] within fourteen (14) days of the entry of the order. [R. 28]  That deadline has passed with no response being filed by Ms. Sullivan.  Therefore, and with the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Maureen Sullivan, counsel for Petitioner Grigsby, shall **SHOW CAUSE** by **5:00 p.m.** on **November 12, 2019** as to why she has not complied with the Court's order **[R. 28]**.

This the 5th day of November, 2019.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Maureen Sullivan