UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DARRYL G. GRIGSBY, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 3:17-CV-463-CHB-CHL |
| ) | |
| v. ) | |
| ) | **ORDER** |
| DON BOTTOM, Warden of Northpoint ) | |
| Training Center, ) | |
| ) | |
| Respondent. ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on counsel Maureen Sullivan's Motion for Enlargement of Time for Response to Court's Order of October 18, 2019. [R. 30]  On October 18, 2019 the Court ordered counsel to respond within fourteen days to claims made by petitioner in his Motion to Re-Open the Case. [R. 25; 28]  Sullivan has requested an extension of one day to file a response to petitioners claim [R. 30], and also moved to withdraw as counsel indicating that she had been discharged by Petitioner. [R. 31]  She has not indicated when she was discharged, or provided any other details regarding this development.  She also has not complied with the requirements of Local Rule 83.6.  Therefore, and with the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Maureen Sullivan's Motion for an Enlargement of time **[R. 30]** is **GRANTED**. Sullivan shall submit her response by **Thursday, November 7, 2019** at **5:00 p.m**.

2. The Court **DENIES** without prejudice Sullivan's Motion to Withdraw **[R. 31]**. Any subsequent motion to withdraw shall comply with Local Rule 83.6 and provide the Court details of her discharge including the date when it occurred.

3.  The Court's Order to Show Cause [R. 32] will remain pending until Sullivan responds to Petitioner's Motion.

This the 6th day of November, 2019.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Maureen Sullivan