UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

DARRYL G. GRIGSBY
    *Petitioner,*

                                                      Electronically Filed

                                                      CASE NO: 3:17-cv-00463-CHB-CHL

VS.

DON BOTTOM, in his official capacity as
    Warden of Northpoint Training
    Center,
    *Respondent.*

**COUNSEL'S RESPONSE TO COURT'S SHOW CAUSE ORDER
OF NOVEMBER 5, 2019**

       Comes Maureen Sullivan, counsel for Petitioner Darryl Grigsby, and for her Response to this Court's Show Cause Order of November 5, 2019 (R. 32), states as follows:

       1.     In accordance with the Court's subsequent Order (R. 33), the undersigned tendered under seal her Response (R. 34, 35) to the Court's Order of October 18, 2019 (R. 28) on November 7, 2019, at 1:27 p.m. EST.

       2.     Paragraph 3 of that Order states that "[t]he Court's Order to Show Cause [R. 32] will remain pending until Sullivan responds to Petitioner's Motion."

       3.     The undersigned believes in good faith that the information contained in the tendered Response adequately addresses the reason for the delay in compliance with the Court's original Order. In addition, the undersigned was unexpectedly in Spencer County for Court on the due date, November 1, 2019, on the case of another pre-existing client whose custody had been unexpectedly transferred from incarceration with work release from Jefferson County to the Shelby County Detention Center, the main holding facility for Spencer County, placing him at risk

of a variety of negative circumstances through no fault of his own or counsel. While the undersigned was successful in resolving the issues at hand that day, the undersigned apologizes to the Court for the further difficulties it has caused.

        Respectfully submitted,

        /s/ Maureen Sullivan
        MAUREEN SULLIVAN
        Kentucky Home Life Building
        239 South Fifth Street, Suite 1700
        Louisville, Kentucky 40202
        (502) 548-1699
        sullivanappeals@gmail.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing was sent via the ECF system to all counsel of record and via U.S. Priority Mail to Petitioner Darryl Grigsby, #214497, Northpoint Training Center, P.O. Box 479, Burgin, Kentucky 40310.

        /s/ Maureen Sullivan
        MAUREEN SULLIVAN