UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DARRYL G. GRIGSBY, | ) |
| Petitioner, | ) Civil Action No. 3:17-CV-463-CHB-CHL |
| v. | ) **ORDER GRANTING COUNSEL FOR** |
| DON BOTTOM, Warden of Northpoint Training Center, | ) **PETITIONER'S MOTION TO SEAL** |
| Respondent. | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter before the Court on Petitioner's Motion for Leave to File Response Under Seal [R. 34]. On October 18, 2019, the Court ordered Petitioner's counsel to respond to claims made in Petitioner's Motion to Re-Open the Case. [R. 28] Petitioner's counsel responded to the claims [R. 35], and requests that her response be filed under seal because her Response contains private medical and legal information. [R. 34]

Therefore, and with the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. Counsel for Petitioner's Motion for Leave to File Response Under Seal [R. 34] is **GRANTED**.

2. Counsel for Petitioner's Motion [R. 34] shall be placed in the record under seal.

This the 20th day of November, 2019.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Maureen Sullivan