UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| DARRYL G. GRIGSBY, | ) |
| Petitioner, | ) Civil Action No. 3:17-CV-463-CHB-CHL |
| v. | ) |
| DON BOTTOM, Warden of Northpoint Training Center, | ) **ORDER DISCHARGING SHOW CAUSE ORDER** |
| Respondent. | ) |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court as the result of a Show Cause Order. [R. 32] Counsel for Petitioner, having responded to Petitioner's claims in his Motion to Re-Open the case, has satisfied the Court's Order. Therefore, and with the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Court's Show Cause Order **[R. 32]** is hereby **DISCHARGED**.

This the 20th day of November, 2019.

*[signature: Claria Horn Boom]*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Maureen Sullivan

- 1 -