To: Maureen Sullivan
    239 S. Fifth St., Ste. 1700
    Louisville, Kentcuky 40202

From: Darryl Grigsby #214497 Dorm 4
    Northpoint Training Center
    P.O. Box 479
    Burgin, Kentucky 40310

Date: October 4, 2019 @ 12:00pm.

Ms. Sullivan,

    On September 14, 2017 you and I made an agreement that you would file a 2254 Motion for me in the U.S. District Court Western District of Kentucky Louisville Division. I paid you $2,200.00 of $2,500.00 for the completion of my 2254 motion, Case No. 3:17-CV-463-CRS. On 08/01/2017 you filed my 2254 that had unexhausted issues. On 06/21/2019 the Courts recommends that the petition be denied and dismissed with prejudice. You had (14) days to file objections and you did not file any objections. On 07/09/2019 Magistrate Judge Lindsey adopted the opinion of the Court and denied with prejudice. On 07/26/2019 you told me in writing that you would execute an Affidavit to the District Court regarding the reason you did not file an objection in support of my motion to reconsider the Courts Final Order, you filed a Motion to Alter or Amend jugement but you did not file the Affidavit that you said that you would do, you filed an Affidavit about Marcus Owens statement.

    You have missed numerous Attorney visits and lied about sending my motion in the mail and for those reasons I'm firing you as my Lawyer and I would like a full refund of my $2,200.00 for failure to complete our agreement.

*Darryl Grigsby*
DARRYL GRIGSBY

cc:

# History Incoming Mail by Inmate Number

| NUMBER | FIRST | LAST | DATE | Address | STATE | Zip |
|---|---|---|---|---|---|---|
| **SENDER** | | | | | | |
| 214497 | Darryl | Grigsby | 12/2/2019 | | | |
| Office of the Atty Gen | | | | FRANKFORT | KY | 40601 |
| 214497 | Darryl | Grigsby | 11/25/2019 | | | |
| US Dist Ct Clk | | | | PADUCAH | KY | 42001 |
| 214497 | Darryl | Grigsby | 11/1/2019 | | | |
| US Dist Ct Clk | | | | LOUISVILLE | KY | 40202 |
| 214497 | Darryl | Grigsby | 10/24/2019 | | | |
| Ky Bar Association | | | | FRANKFORT | KY | 40601 |
| 214497 | Darryl | Grigsby | 9/30/2019 | | | |
| Maureen Sullivan, Atty | | | | LOUISVILLE | KY | 40202 |
| 214497 | Darryl | Grigsby | 8/26/2019 | | | |
| US Ct of App Clk | | | | CINCINNATI | OH | 45202 |
| 214497 | Darryl | Grigsby | 8/26/2019 | | | |
| US Ct of App Clk | | | | CINCINNATI | OH | 45202 |
| 214497 | Darryl | Grigsby | 8/22/2019 | | | |
| La'Keesha Stoner | | | | LOUISVILLE | KY | 40229 |
| 214497 | Darryl | Grigsby | 8/13/2019 | | | |
| I/M Acct | | | | BURGIN | KY | 40310 |
| 214497 | Darryl | Grigsby | 8/7/2019 | | | |
| NTC | | | | BURGIN | KY | 40310 |
| 214497 | Darryl | Grigsby | 8/5/2019 | | | |
| US DIST COURT | | | | LOUISVILLE | KY | 40202 |